FASHIONETTE DRESS Co., INC., Proposed Plaintiff, Respondent, v. DAVID MINTZ, Proposed Defendant; " MARY " FRIEDMAN, First Name of Defendant Being Fictitious, True First Name of Defendant Being Unknown to Proposed Plaintiff, Proposed Defendant; NETTIE FRIEDMAN, Mentioned as " MARY " FRIEDMAN, etc., Proposed Appellant.— Order denying the proposed defendant Friedman's motion to vacate an order directing her deposition be taken in order to enable the proposed plaintiff to frame a complaint affirmed, with ten dollars costs and disbursements; the examination to proceed on five days' notice. No opinion. Lazansky, P. J., Young, Johnston, Adel and Taylor, JJ., concur.

GEORGIANA GAOUETTE, Respondent, v. IRVING EIDUSON, Appellant. JOSEPH A. GAOUETTE, Respondent, v. IRVING EIDUSON, Appellant.— Actions by wife and husband to recover for personal injuries and for loss of services arising out of a collision between defendant's automobile and the car owned by the plaintiff wife and driven by her husband. Judgment for plaintiff in each action affirmed, with costs. No opinion. Lazansky, P. J., Young, Adel and Taylor, JJ., concur; Hagarty, J., dissents and votes for reversal and a new trial on the ground that the verdict of the jury is against the weight of the evidence.

In the Matter of the Application of LOUIS H. PINK, as Superintendent of Insurance of the State of New York, as Liquidator of NEW YORK TITLE AND MORTGAGE COMPANY, for an Order Directing ANNISAC REALTY CORPORATION to Produce and Make Available All Records and Other Data with Respect to Income, and for an Order Directing Payment of Surplus Income or Such Part Thereof as the Court May Determine, to the Mortgagee, the Said LOUIS H. PINK, as Superintendent of Insurance of the State of New York, as Aforesaid, to Apply Toward the Reduction of Any Past Due Principal of the First Mortgage Covering Premises Located 2452–64th Street, Borough of Brooklyn, Kings County, New York, and Owned by the Said ANNISAC REALTY CORPORATION, Pursuant to the Provisions of Section 1077-c of the Civil Practice Act. LOUIS H. PINK, as Superintendent of Insurance of the State of New York, as Liquidator of NEW YORK TITLE AND MORTGAGE COMPANY, Respondent; ANNISAC REALTY CORPORATION, Appellant.— In a proceeding under section 1077-c of the Civil Practice Act, order directing the appellant to make available for inspection by the mortgagee and the court all records and data and other information, if any, in its possession pertaining to the income and disbursements of the mortgaged premises for six months preceding May 1, 1936, reversed upon the law, with ten dollars costs and disbursements, and application denied, with ten dollars costs. The petition contains no allegation that there existed, at the time of the application for this order, any default in the payment of principal or any installment thereof. The allegations of paragraph seventh of the petition, to the effect that the petitioner would have the right to foreclose for non-payment of installments of principal, except for the provisions of the moratorium statutes, is not an allegation that any such defaults existed, and is a mere conclusion of law. The petitioner, if so advised, may amend the petition and renew the application within ten days from the entry of the order hereon. Young, Hagarty, Johnston, Adel and Taylor, JJ., concur.